890 P.2d 1152

**CHASE BANK OF ARIZONA, an Arizona corporation, successor to Continental Bank, Plaintiff, Counterdefendant–Appellee, Cross–Appellant,**

v.

**Joe ACOSTA and Aurora Acosta, husband and wife, Defendants, Counterclaimants–Appellants, Cross–Appellees.**

No. CV–94–0141–PR.

Supreme Court of Arizona.

March 8, 1995.

## ORDER

It appearing to the Court that the grant of review in this case was improvident,

IT IS ORDERED that the order granting review is vacated.

IT IS FURTHER ORDERED that the petition for review is denied.

IT IS FURTHER ORDERED that the request for attorneys' fees by Chase Bank of Arizona is denied.

IT IS FURTHER ORDERED that the request for attorneys' fees by Joe and Aurora Acosta is denied.